# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-11493
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

November 19, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DANYELL MICHELLE ROBERTS,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:17-CR-129-1

Before ELROD, COSTA, and ENGELHARDT, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Danyell Michelle Roberts has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Roberts has filed a response, which contains a motion for appointment of new counsel. The record is not sufficiently developed to allow us to make a fair evaluation of Roberts's claim of ineffective assistance

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-11493

of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Roberts's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, Roberts's motion for the appointment of new counsel is DENIED, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.